**Sherman O. DAVIS, Plaintiff—Appellant,**

v.

**Happy SMITH, Defendant—Appellee.**

**No. 04–7631.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2005.

Decided March 17, 2005.

Sherman O. Davis, Appellant pro se. Rosalie Pemberton Fessier, Timberlake, Smith, Thomas & Moses, P.C., Staunton, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Sherman O. Davis appeals the district court's orders denying relief on his claims under 42 U.S.C. § 1983 (2000) and denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Davis v. Smith,* No. CA–03–425–7 (W.D.Va. Oct. 31, 2003; filed Sept. 13, 2004, entered Sept. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*